UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TAX STRATEGIES GROUP, LLC, | ) | No. 10 B 43448 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

## FINAL PRETRIAL ORDER

This matter is set for hearing at the United States Courthouse, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois, on December 23, 2010, at 9:30 a.m. on the motion of James J. Ablan to convert the case to a case under chapter 7. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

**1. Continuances.** The hearing date is firm. No continuance of the hearing date will be granted other than for exceptionally good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the hearing date.

**2. Discovery.** Discovery cutoff is December 17, 2010. Discovery is expedited. All discovery periods in the rules are reduced to two (2) calendar days. Depositions may be taken on forty-eight (48) hours written notice.

**3. Pleadings, Briefs, and Dispositive Motions.** Ablan's reply in support of his motion is due on or before December 8, 2010. No party seeks to file any dispositive motions.

**4. Exhibits and Exhibit Lists.** On or before December 20, 2010, the parties must exchange copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered (not designated with a letter or other symbol) in the order of its probable presentation at trial. Each document must be given a separate exhibit number.

In addition to the exhibits, the parties must exchange a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

Demonstrative exhibits that the parties intend to use at trial must also be marked, included on the exhibit lists, and exchanged on or before December 20, 2010.

The exhibit list must be filed with the court, and one (1) set of the exhibits and one (1) copy of the exhibit list must be submitted to chambers on the date the list is filed. *If a party lists more than ten (10) exhibits, the exhibits themselves must be submitted in one or more three-ring binders, and the exhibits must be tabbed. Group exhibits must be sequentially paginated by Bates stamp or some comparable method.*

  **5. Witnesses and Witness Lists.** On or before December 20, 2010, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

  One (1) copy of the witness list must be submitted to chambers on the filing date.

  **6. Trial Briefs.** No trial briefs should be filed.

  **7. Compliance with this Order**. Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

  a. Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

  b. Any witness not identified and listed in accordance with this Order will be barred from testifying at trial. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

Dated:  December 1, 2010

              _____
              A. Benjamin Goldgar
              United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 0 1 2010
Judge A. Benjamin Goldgar
United States Bankruptcy Court

IN RE: ) Chapter 11
)
TAX STRATEGIES GROUP, LLC, ) 10 B 43448
)
)
)
Debtor. ) Judge A. Benjamin Goldgar

## CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on December 1, 2010, I caused to be mailed a copy of the attached **Final Pretrial Order** dated December 1, 2010, to the parties listed below.

**(Counsel for Debtor)**
John Collen
Si Yong Yi
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606

**(Debtor)**
Tax Strategies Group, LLC
120 N. LaSalle Street
Suite 1200
Chicago, Illinois 60602

**(Counsel for James J. Ablan)**
Ronald Barliant
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603

**(US Trustee)**
William T. Neary
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Dated: December 1, 2010

_____
Nancy Castellano
Courtroom Deputy